**412**

**JAMES RIVER APARTMENTS, INC.,**
Appellant,

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Appellee.**

No. 15258.

United States Court of Appeals,
Fourth Circuit.

Argued April 5, 1971.

Decided April 29, 1971.

Edwin T. Steffy, Jr., Baltimore, Md.
(Philip Heller Sachs, Baltimore, Md., on
the brief), for appellant.

Matthew Joel Zinn, Atty., Department
of Justice (Johnnie M. Walters, Asst.
Atty. Gen., Meyer Rothwacks, Ernest J.
Brown, and William K. Hogan, Attys.,
Department of Justice, on the brief), for
appellee.

Before HAYNSWORTH, Chief Judge,
and BOREMAN and CRAVEN, Circuit
Judges.

PER CURIAM:

We affirm on the opinion of the Tax
Court, 54 T.C. 618.

Affirmed.

**GENERAL ELECTRIC COMPANY, to its
own use and to the use of Insurance
Company of North America, Appellant,**

v.

**ACME FAST FREIGHT, INC., Appellee.**

No. 15210.

United States Court of Appeals,
Fourth Circuit.

Argued March 2, 1971.

Decided March 24, 1971.

Philip O. Roach, Baltimore, Md., for
appellant.

Donald C. Greenman, Baltimore, Md.
(Randall C. Coleman, Baltimore, Md., on
the brief), for appellee.

Before HAYNSWORTH, Chief Judge,
and BRYAN and CRAVEN, Circuit
Judges.

PER CURIAM:

We affirm on the opinion of the Dis-
trict Court. General Electric Company
v. Acme Fast Freight, Inc., D.C., Md.,
324 F.Supp. 1079.

Affirmed.